Certificate Number: 05781-PAE-DE-031518429

Bankruptcy Case Number: 18-15067



05781-PAE-DE-031518429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 23, 2018</u>, at <u>6:59</u> o'clock <u>PM PDT</u>, <u>Brenda Cummings</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 23, 2018               By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President