United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-15067-ref
Brenda M. Cummings                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Nov 09, 2018
                              Form ID: 318             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
```
db            +Brenda M. Cummings,    1759 Eden Road,    Lancaster, PA 17601-5523
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14174664      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
14174665      +Aspire/Emerge,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
14174666      +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
14177900      +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                610 York Road, Suite 200,    Jenkintown, PA 19046-2867
14184367      +Pacific Union Financial, LLC,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2018 02:31:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2018 02:32:13      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14174667      +EDI: WFNNB.COM Nov 10 2018 07:23:00      Comenity Bank/Fashion Bug,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
14174669      +EDI: WFNNB.COM Nov 10 2018 07:23:00      Comenity Bank/Woman Within,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
14174668      +EDI: WFNNB.COM Nov 10 2018 07:23:00      Comenity Bank/roamans,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
14174670      +EDI: AMINFOFP.COM Nov 10 2018 07:23:00      First Premier Bank,    Po Box 5524,
                Sioux Falls, SD 57117-5524
14174672      +EDI: FORD.COM Nov 10 2018 07:23:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                Po Box 542000,    Omaha, NE 68154-8000
14174673      +E-mail/Text: bankruptcy@loanpacific.com Nov 10 2018 02:33:09      Pacific Union Financial,
                Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14174674      +E-mail/Text: bkrnotice@prgmail.com Nov 10 2018 02:31:54      Paragon Revenue Group,
                Attn: Bankruptcy,    216 Le Phillip Ct Ne,    Concord, NC 28025-2954
14174675      +EDI: PRA.COM Nov 10 2018 07:23:00      Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
14175499      +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
14174676      +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14174671          LINCOLN AUTOMOTIV FINANCIAL
                                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin                Page 2 of 2                  Date Rcvd: Nov 09, 2018
                              Form ID: 318               Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Brenda M. Cummings avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brenda M. Cummings** | Social Security number or ITIN **xxx–xx–6836** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–15067–ref**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda M. Cummings

11/8/18

**By the court:**   Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**